UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag.No. 04-813-MBB |
| ) | |
| ROBERT BLEIDORN ) | |

### AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Sheila M. O'Hara, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), do hereby make oath before the Honorable Marianne B. Bowler, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding an indictment and a warrant of arrest for Robert Bleidorn filed in the District of Maine, case number CR-04-17-B-W, charging the defendant with two counts of possessing a firearm with an obliterated serial number in violation of 18 U.S.C. §922(k), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. Attached hereto as Exhibit A is a copy of the indictment and arrest warrant issued by the District Court in Maine..

_____
Sheila M. O'Hara
Special Agent, ATF

Subscribed and sworn to before me this 7th day of April, 2004.

_____
Hon. Marianne B. Bowler
Chief, United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Criminal No. **SECRET** |
| ROBERT BLEIDORN | ) | 04-17-B-W |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 6, 2002, in the District of Maine, defendant

**ROBERT BLEIDORN**

did knowingly possess a Sturm, Ruger and Company .357 magnum revolver, model GP 100, which firearm had an obliterated and altered serial number and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 2.

### COUNT TWO

On or about January 6, 2002, in the District of Maine, defendant

**ROBERT BLEIDORN**

did knowingly possess a Winchester 30-30 lever action rifle, model 94, which firearm had an obliterated and altered serial number and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 2.

A TRUE BILL,

Date: 2-11-4

*Matthew Halloran*
Grand Jury Foreperson

(Assistant) United States Attorney

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.                                                    **WARRANT OF ARREST**

ROBERT BLEIDORN                                       CASE NO: SECRET 04-17-B-W

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Robert Bleidorn and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Counts One and Two: Possession of Firearm with Obliterated Serial Number, in violation of Title 18 United States Code, Section(s) 922(k)

Gail B. Creath                                        Deputy-in-Charge
Name of Issuing Officer                               Title of Issuing Officer

_____                               February 12, 2004 @ Bangor, ME
Signature of Issuing Officer                          Date and Location

A TRUE COPY
ATTEST: William S. Brownell
By _____
   Deputy Clerk

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____  WEIGHT:

SEX: _____  RACE:

HAIR: _____  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: