# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES  ✓ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE

| | | |
|---|---|---|
| USA v.s. Robert Bleeden | FOR | LOCATION NUMBER |
| | AT | |

PERSON REPRESENTED (Show your full name): Robert M Bleeden

1 ✓ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-813-MBB
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   x Felony   ☐ Misdemeanor

18 USC 922, 924

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now  ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: R. M. B Plumb & Heat, 5M Kilby St
IF YES, how much do you earn per month? $ 900 —
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 20k dur 2003
SOURCES: Peter A Wilson plumb & Heat
$ ___ pr yr

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes ☐ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE | DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Appartment | | $ | $ 1325 |
| Cable | | $ | $ 29 |
| Phone | | $ | $ 29 |
| Electricty | | $ | $ 35 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  04-07-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]