AO 467 (1/86) Order Holding Defendant

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ROBERT BLEIDORN

**ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION**

Case Number:  MJ# 813-MBB

Number:                    04-17-B-W

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

District of _____MAINE_____ required.
The defendant shall next appear at (if blank, to be notified)

USDC, DISTRICT OF MAINE

*Place and Address*

on          4-21-4 10:00am

*Date and Time*

_Marianne B. Bowler USMJ_
*Signature of Judicial Officer*

MARIANNE B. BOWLER
Chief U.S. Magistrate Judge

April 12, 2004

*Date*

*Name and Title of Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.