

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9233

**TONY ANASTAS**
**CLERK OF COURT**

DIANALYNN SACCOCCIO
DEPUTY CLERK TO THE
HONORABLE MARIANNE B. BOWLER

April 12, 2004

UNITED STATES DISTRICT COURT
202 Harlow Street
Bangor, ME 04401

Re:   *United States v. Robert Bleindorn*
      Case No .04-17-B-W (M) (District of Maine)
      Magistrate Judge #04-M-813-MBB (D. Massachusetts)

Dear Clerk:

The defendant, Robert Bleidorn, appeared before this Court on April 7, 2004, and was subsequently released with conditions. The Order Holding the Defendant to Answer and to Appear in the District of Prosecution of District having Probation Jurisdiction was issued and Mr. Bleidorn was ordered to appear in the District of Maine on April 21, 2004, at 10:00 A.M.

Enclosed is a certified copy of our docket and all original papers in the case from the District of Massachusetts. Kindly docket these papers in your District and forward them to the appropriate personnel.

We have closed our file; thank you for your attention in this matter.

Very truly yours,

Dianalynn Saccoccio

Enclosures
Certified Mail/ Return Receipt Requested **Z 319 302 193**